Sam Lord, *Plaintiff in Error,* v. John S. Bond, W. A. Evans, R. E. Wheeler, John A. Futch and C. B. Rogers, Constituting the City Commission of the City of Jacksonville, Florida, a Municipal Corporation, and F. C. Roach, as Chief of Police Department of City of Jacksonville, a Municipal Corporation, *Defendants in Error.*

Decision Filed June 17, 1921.

A Writ of Error to the Circuit Court for Duval County; Daniel A. Simmons, Judge.

*Wm. C. Guthrie.* and *Van C. Swearingen,* for Plaintiff in Error;

*Odom & Butler* and *L. S. Gaulden,* for Defendants in Error.

Per Curiam.—This cause having heretofore been submitted to the Court upon the transcript of the record of the judgment aforesaid and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said judgment; it is, therefore, considered, ordered and adjudged by the Court that the said judgment of the Circuit Court be, and the same is hereby affirmed.

All concur.